Michael G. Dini, CSBN 162073
mdini@turlocklaw.net
TRIEBSCH & FRAMPTON
300 N. Palm Street
Post Office Box 709
Turlock, California  95381-0709
Telephone:    (209) 667-2300
Facsimile:     (209) 667-2357

Attorney for Plaintiff:
LEIF BERGMAN and
BERGMAN LANDSCAPE, INC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIF BERGMAN, ET AL., | Case No.  1:11-CV-01866-LJO-GSA |
| Plaintiff(s), | **ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND ALL RELATED DEADLINES** |
| vs. | |
| MICHAEL P. TOBIN, ET AL, | |
| Defendant(s). | |

The Court, having considered the stipulation of the parties who have appeared in this case and are not in default, and good cause appearing therefor, hereby grants said parties joint application. Accordingly, IT IS HEREBY ORDERED:

1. That the mandatory scheduling conference presently scheduled for April 11, 2012, at 10:00 a.m. before Magistrate Judge Gary S. Austin, Courtroom 10, be continued to May 9, 2012, at 9:30 a.m., in Courtroom 10, of the Fresno division of the above captioned court.

2. That all dates and deadlines related to the mandatory scheduling conference be computed from the continued mandatory scheduling conference date.

IT IS SO ORDERED.

Dated:    **March 26, 2012**                              **/s/ Gary S. Austin**

1  UNITED STATES MAGISTRATE JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND ALL RELATED DEADLINES**                                1:11-CV-01866-LJO-GSA