1  Michael G. Dini, CSBN 162073
   mdini@turlocklaw.net
2  TRIEBSCH & FRAMPTON
   300 N. Palm Street
3  Post Office Box 709
   Turlock, California   95381-0709
4  Telephone:      (209) 667-2300
   Facsimile:      (209) 667-2357
5
   Attorney for Plaintiff:
6  LEIF BERGMAN and
   BERGMAN LANDSCAPE, INC
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11
   LEIF BERGMAN, ET AL.,                        Case No.  1:11-CV-01866-LJO-GSA
12
                    Plaintiff(s),               **ORDER CONTINUING MANDATORY
13                                               SCHEDULING CONFERENCE AND ALL
   vs.                                           RELATED DEADLINES**
14
   MICHAEL P. TOBIN, ET AL,
15
                    Defendant(s).
16  _____/

17         The Court, having considered the stipulation of the parties who have appeared in this case and

18  are not in default, and good cause appearing therefor, hereby grants said parties joint application.

19  Accordingly, IT IS HEREBY ORDERED:

20         1.  That the mandatory scheduling conference presently scheduled for  April 11, 2012, at 10:00

21             a.m. before Magistrate Judge Gary S. Austin, Courtroom 10, be continued to May 9, 2012,

22             at 9:30 a.m., in Courtroom 10, of the Fresno division of the above captioned court.

23         2.  That all dates and deadlines related to the mandatory scheduling conference be computed

24             from the continued mandatory scheduling conference date.

25

26

27  IT IS SO ORDERED.

28
       Dated:    **March 26, 2012**                      **/s/ Gary S. Austin**
                                            -1-
   **ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND ALL
      RELATED DEADLINES**                          1:11-CV-01866-LJO-GSA

UNITED STATES MAGISTRATE JUDGE

**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND ALL RELATED DEADLINES**

1:11-CV-01866-LJO-GSA