Michael G. Dini, CSBN 162073
mdini@turlocklaw.net
TRIEBSCH & FRAMPTON
300 N. Palm Street
Post Office Box 709
Turlock, California   95381-0709
Telephone:     (209) 667-2300
Facsimile:      (209) 667-2357

Attorney for Plaintiffs and Counter-Defendants:
LEIF BERGMAN and BERGMAN
LANDSCAPE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIF BERGMAN, ET AL., | Case No. 1:11-CV-01866-LJO-GSA |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON MOTION TO EXPUNGE** |
| vs. | |
| MICHAEL P. TOBIN, ET AL, | |
| Defendant(s). | |

_____/

The court, having considered the stipulation of the parties, and good cause appearing therefore, hereby adopts the parties' stipulations as the findings of the court and continues the hearing on the motion to expunge to July 6, 2012 at 9:30 a.m. in Courtroom 10, with all deadlines measured from the new hearing date.

IT IS SO ORDERED.

Dated:   **April 23, 2012**                              **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE

-1-
**ORDER CONTINUING HEARING ON MOTION TO EXPUNGE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**ORDER CONTINUING HEARING ON MOTION TO EXPUNGE**