Michael G. Dini, CSBN 162073
mdini@turlocklaw.net
TRIEBSCH & FRAMPTON
300 N. Palm Street
Post Office Box 709
Turlock, California   95381-0709
Telephone:      (209) 667-2300
Facsimile:      (209) 667-2357

Attorney for Plaintiffs and Counter-Defendants:
LEIF BERGMAN and BERGMAN
LANDSCAPE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

LEIF BERGMAN, ET AL.,

        Plaintiff(s),

vs.

MICHAEL P. TOBIN, ET AL,

        Defendant(s).

_____/

Case No.  1:11-CV-01866-LJO-GSA

**ORDER CONTINUING  SCHEDULING CONFERENCE AND ALL RELATED DEADLINES**

      The court, having considered the stipulation of the parties, and good cause appearing therefore, hereby adopts the parties' stipulations as the findings of the court and continues the scheduling conference and all related deadlines to July 9, 2012 at 9:30 a.m., in Courtroom 10, with all deadlines measured from the new hearing date.  The parties shall file their dispositional documents no later than **July 2, 2012.**

-1-
**ORDER CONTINUING  SCHEDULING CONFERENCE
AND ALL RELATED DEADLINES**

1    IT IS SO ORDERED.

2        Dated:   **May 2, 2012**                          **/s/ Gary S. Austin**
3                                                  UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**ORDER CONTINUING  SCHEDULING CONFERENCE
AND ALL RELATED DEADLINES**