1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIF BERGMAN, ET AL., | Case No.  1:11-CV-01866-LJO-GSA |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON MOTION TO EXPUNGE** |
| vs. | |
| MICHAEL P. TOBIN, ET AL, | |
| Defendant(s). | |

_____/

   The Court, having considered the further stipulation of the parties, and good cause appearing therefore, hereby adopts the parties' stipulation and continues the hearing on the Motion to Expunge to August 31, 2012 at 9:30 in Courtroom 10, with all deadlines measured from the new hearing date.  In the event that the case settles, any dispositional documents shall be due no later than August 24, 2012. IT IS SO ORDERED.

IT IS SO ORDERED.

-1-
**ORDER CONTINUING HEARING ON MOTION TO EXPUNGE**

Dated:    **June 15, 2012**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE