Michael G. Dini, CSBN 162073
mdini@turlocklaw.net
TRIEBSCH & FRAMPTON
300 N. Palm Street
Post Office Box 709
Turlock, California  95381-0709
Telephone:    (209) 667-2300
Facsimile:     (209) 667-2357

Attorney for Plaintiffs and Counter-Defendants:
LEIF BERGMAN and BERGMAN LANDSCAPE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIF BERGMAN, ET AL., | Case No. 1:11-CV-01866-LJO-GSA |
| Plaintiff(s), | **ORDER CONTINUING SCHEDULING CONFERENCE AND ALL RELATED DEADLINES** |
| vs. | |
| MICHAEL P. TOBIN, ET AL, | |
| Defendant(s). | |

_____/

The court, having considered the stipulation of the parties, and good cause appearing therefore, hereby adopts the parties' stipulations as the findings of the court and continues the scheduling conference and all related deadlines to September 10, 2012 at 10:00 a.m., in Courtroom 10, with all deadlines measured from the new hearing date.

IT IS SO ORDERED.

Dated:   **June 22, 2012**                              **/s/ Gary S. Austin**

-1-

**ORDER CONTINUING SCHEDULING CONFERENCE
AND ALL RELATED DEADLINES**

UNITED STATES MAGISTRATE JUDGE

-2-
**ORDER CONTINUING SCHEDULING CONFERENCE
AND ALL RELATED DEADLINES**