UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIF BERGMAN, et al., | CASE NO. CV F 11-1866 LJO GSA |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY MICHAEL TOBIN, HOLLY TOBIN, BOB VANELLA, DAVID COOK AND CHERLY L. TUCK-SMITH SHOULD NOT BE SANCTIONED** |
| vs. | (Doc. 72.) |
| MICHAEL P. TOBIN, et al., | |
| Defendants. | |
| _____/ | |
| AND RELATE COUNTERACTION. | |
| _____/ | |

  This Court's August 19, 2013 order required the parties, no later than November 19, 2013, to file papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. Michael Dini ("Mr. Dini"), counsel for plaintiffs Leif Bergman and Bergman Landscape, Inc. filed his declaration to indicate that defendants Michael Tobin and Holly Tobin and their counsel David Cook and defendant Bob Vanella and his counsel Cheryl L. Tuck-Smith have failed to sign settlement papers and/or delayed completion of settlement. Based on the record, this Court concludes that Michael Tobin, Holly Tobin, David Cook, Bob Vanella, and Cheryl L. Tuck-Smith have disobeyed the August 19, 2013 order and are subject to sanctions.

  This Court's Local Rule 11-110 provides that failure to comply with an order of this

1

1   Court "may be grounds for imposition by the Court of any and all sanctions authorized by
2   statute or Rule or within the inherent power of the Court."
3         Accordingly, this Court ORDERS Michael Tobin, Holly Tobin, David Cook, Bob
4   Vanella, and Cheryl L. Tuck-Smith, no later than November 25, 2013, to file papers to show
5   cause why sanctions should not be imposed on them for disobedience of the August 19, 2013
6   order.  This Court contemplates to impose a $1,000 sanction on each of them.  This order to
7   show cause will be deemed discharged, if no later than November 25, 2013, the parties file
8   papers to dismiss or conclude this action in its entirety.
9         This Court FURTHER ORDERS Mr. Dini to serve a copy of this order on David Cook
10  and Cheryl L. Tuck-Smith.
11        This Court ADMONISHES the parties and counsel that they must observe and comply
12  with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are
13  subject to sanctions as this Court deems appropriate.

15  IT IS SO ORDERED.

16      Dated:   **November 20, 2013**            **/s/ Lawrence J. O'Neill**
17                                               UNITED STATES DISTRICT JUDGE