Michael G. Dini, CSBN 162073
mdini@turlocklaw.net
TRIEBSCH & FRAMPTON, APC
300 N. Palm Street, P.O. Box 709
Turlock, California  95381-0709
Telephone:  (209) 667-2300
Facsimile:   (209) 667-2357

Attorneys for Plaintiffs and Counter-Defendants
LEIF BERGMAN and BERGMAN LANDSCAPE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIF BERGMAN, ET AL., <br><br> *Plaintiff(s),* <br><br> vs. <br><br> MICHAEL. P. TOBIN, ET AL., <br><br> *Defendants*. | Case Number:   1:11-CV-01866-LJO-GSA <br><br> **INTERLOCUTORY JUDGMENT OF REFORMATION** |

The court, having considered the stipulations, evidence and law submitted by the parties, hereby finds mutual mistake justifying reformation of the Security Agreement, recorded in the official records of Stanislaus County on July 22, 2009 as Document No. 2009-0072405-00.  Accordingly:

1. The Security Agreement recorded in the official records of Stanislaus County on July 22, 2009 as Document No. 2009-0072405-00, is reformed *ab initio* to reflect the parties' intent that Plaintiff Bergman Landscape, Inc., is the secured party under the Security Agreement, and said Security Agreement is a mortgage encumbering the real property commonly known as 1717 East Hawkeye Road, Turlock, California, more particularly described as follows (hereinafter the Property):

-1-

1  //

2

3  **PARCEL ONE:**

4  ALL THAT PORTION OF LOT 75 OF THE ELMWOOD COLONY, ACCORDING TO THE OFFICIAL MAP THEREOF FILED FOR RECORD IN VOLUME 2 OF MAPS AT PAGE 13, STANISLAUS COUNTY RECORDS, LOCATED IN SECTION 12, TOWNSHIP 5 SOUTH, RANGE 10 EAST, MOUNT DIABLO BASE AND MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE TRUE SOUTHWEST CORNER OF LOT 75 OF THE ELMWOOD COLONY, BEING THE SOUTHWEST CORNER OF SECTION 12; THENCE NORTH 1° 06' 32. WEST, ALONG THE CENTERLINE OF BERKELEY AVENUE AND THE WEST LINE OF LOT 75, A DISTANCE OF 342.00 FEET TO THE EXTENSION OF THE NORTH LINE OF A 30 FEET WIDE PUBLIC UTILITY EASEMENT GRANTED TO THE CITY OF TURLOCK (SEE RESOLUTION NO. 78-61); THENCE NORTH 89° 29' 30" EAST, ALONG THE EXTENSION OF THE NORTH LINE OF SAID EASEMENT, A DISTANCE OF 30.00 FEET TO A POINT ON THE EAST LINE OF SAID BERKELEY AVENUE AND THE SOUTHWEST CORNER OF PARCEL 1, AS SHOWN IN BOOK 37 OF PARCEL MAPS, AT PAGE 83, STANISLAUS COUNTY RECORDS; THENCE NORTH, 89° 29' 30" EAST, ALONG THE NORTH LINE OF AFORESAID EASEMENT, A DISTANCE OF 297.30 FEET TO A POINT ON THE NORTHERLY EXTENSION OF THE WEST LINE OF THE PROPERTY CONVEYED TO JOHN W. PALMER AND MARIAN S. PALMER BY DEEDS RECORDED IN VOLUME 1688 OF OFFICIAL RECORDS AT PAGE 684 AND VOLUME 1738 OF OFFICIAL RECORDS AT PAGE 64; THENCE SOUTH 1° 03' 30. EAST, ALONG THE WEST LINE OF SAID PALMER PROPERTY AND THE NORTHERLY EXTENSION OF SAID WEST LINE, A DISTANCE OF 143.20 FEET TO A POINT WHICH LIES SOUTH 1° 03' 30" EAST, 16.20 FEET FROM THE NORTHWEST CORNER OF SAID PALMER PROPERTY AND THE TRUE POINT OF BEGINNING; THENCE NORTH 89° 54' 36" EAST, A DISTANCE OF 163.02 FEET TO A POINT ON THE EAST LINE OF SAID PALMER PROPERTY WHICH LIES SOUTH 1° 03' 30" EAST, 17.39 FEET FROM THE NORTHEAST CORNER OF SAID PALMER PROPERTY; THENCE SOUTH 1° 03' 30" EAST, ALONG THE EAST LINE OF SAID PALMER PROPERTY, A DISTANCE OF 197.61 FEET, MORE OR LESS, TO A POINT ON THE SOUTH LINE OF SECTION 12 AND THE SOUTH LINE OF LOT 75; THENCE SOUTH 89° 29' 30" WEST, ALONG THE SOUTH LINE OF SECTION 12 AND LOT 75, A DISTANCE OF 163.00 FEET; THENCE NORTH 1° 03' 30" WEST, ALONG THE WEST LINE OF SAID PALMER PROPERTY, A DISTANCE OF 198.80 MORE OR LESS, FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE SOUTHERLY 20 FEET THEREOF.

ALSO EXCEPTING, THEREFROM ALL THAT PORTION THEREOF MORE PARTICULARLY DESCRIBED AS FOLLOWS; COMMENCING AT THE SOUTHWEST CORNER OF SAID SECTION 12; THENCE SOUTH 89° 11' 07" EAST (WHICH ALSO IS THE BASIS OF BEARINGS) ALONG THE SOUTHERLY BOUNDARY OF SAID SECTION, A DISTANCE OF 327.00 FEET; THENCE NORTH 0° 16' 23" EAST, A DISTANCE OF 20.00 FEET TO A POINT ON THE NORTH RIGHT OF WAY LINE OF HAWKEYE AVENUE AND THE TRUE POINT OF BEGINNING; THENCE, CONTINUING ON THE SAME COURSE, NORTH 0° 16' 23" EAST, A DISTANCE OF 11.00 FEET TO A POINT OF TANGENCY WITH A CIRCULAR CURVE CONCAVE TO THE NORTHWEST AND HAVING A RADIUS OF 1,019.00 FEET (CHORD BEARS NORTH 87° 06' 52" EAST, A DISTANCE OF 112.29 FEET); THENCE NORTHEASTERLY, ALONG SAID CURVE, A DISTANCE OF 112.35 FEET TO A POINT OF TANGENCY WITH A CIRCULAR CURVE CONCAVE TO THE SOUTHEAST AND HAVING A RADIUS OF 1,081.00 FEET (CHORD BEARS NORTH 84° 51' 44" EAST, A DISTANCE OF 34.19 FEET); THENCE SOUTHEASTERLY, ALONG SAID CURVE, A DISTANCE OF 34.20 FEET; THENCE NORTH 48° 38' 17" EAST TO A POINT ON THE WEST RIGHT OF WAY LINE OF PALMER DRIVE, A DISTANCE OF 22.51 FEET; THENCE SOUTH 0° 16' 23" WEST, ALONG SAID RIGHT OF WAY LINE, A DISTANCE OF 36.91 FEET; THENCE NORTH 89° 11' 07" WEST, ALONG THE NORTH RIGHT OF WAY LINE OF HAWKEYE AVENUE AND PARALLEL WITH SAID SECTION LINE, A DISTANCE OF 163.00 FEET TO THE TRUE POINT OF BEGINNING.

NOTE: THE ABOVE LEGAL DESCRIPTION IS PURSUANT TO THAT CERTAIN LOT LINE ADJUSTMENT NO. 07-03 RECORDED MAY 30, 2007 IN INSTRUMENT NO. 2007-0071094, STANISLAUS COUNTY RECORDS.

**PARCEL TWO:**

AN EASEMENT AS DESCRIBED AS FOLLOWS:

ALL THAT PORTION OF LOT 75 OF ELMWOOD COLONY, ACCORDING TO THE OFFICIAL MAP THEREOF, FILED FOR RECORD IN VOLUME 2 OF MAPS AT PAGE 13, STANISLAUS COUNTY RECORDS, LOCATED IN SECTION 2, TOWNSHIP 5 SOUTH, RANGE 10 EAST, MOUNT DIABLO BASE AND MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE TRUE SOUTHWEST CORNER OF LOT 75 OF THE ELMWOOD COLONY, BEING THE SOUTHWEST CORNER OF SECTION 12; THENCE NORTH 89° 29' 30" EAST, ALONG THE CENTERLINE OF HAWKEYE AVENUE AND THE SOUTH LINE OF LOT 75, A DISTANCE OF 317.00 FEET; THENCE NORTH 1° 03' 30" WEST, A DISTANCE OF 20.00 FEET TO A POINT ON THE NORTH LINE OF HAWKEYE AVENUE AND THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 1° 03' 30" WEST, A DISTANCE OF 195.00 FEET; THENCE NORTH 89° 29' 30" EAST, A DISTANCE OF 10.00 FEET; THENCE SOUTH 1° 03' 30" EAST, A DISTANCE OF 195.00 FEET; THENCE SOUTH 89° 29' 30" WEST, A DISTANCE OF 10.00 FEET TO THE TRUE POINT OF BEGINNING.

APN: 073-021-031

2.  A certified copy of this interlocutory judgment shall be accepted for recording by the office of the recorder for Stanislaus County.

IT IS SO ORDERED, ADJUDGED AND DECREED.


IT IS SO ORDERED.

Dated:   **November 25, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE